DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN J. WILLIAMS,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee of the
**INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR12,**
**MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR12**
**UNDER THE POOLING AND SERVICING AGREEMENT DATED**
**NOVEMBER 1, 2004,**
Appellee.

No. 4D18-1135

[January 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502009CA004199XXXXMB.

David Lloyd Merrill, West Palm Beach, for appellant.

Neil P. Linden and Alexandra de Alejo of GrayRobinson, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***